# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Joe Hand Promotions, Inc., as Broadcast Licensee of the February 2, 2008 - UFC #81 Program, Plaintiff, -against- Steve Barry, et al, Defendants. | FILED: AUGUST 6, 2008<br>08CV4434<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE KEYS<br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, JOE HAND PROMOTIONS, INC.

| NAME (Type or print) |
|---|
| Julie Cohen Lonstein, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Julie Cohen Lonstein |
| FIRM |
| Lonstein Law Office, P.C. |
| STREET ADDRESS |
| 1 Terrace Hill, P.O. Box 351 |
| CITY/STATE/ZIP |
| Ellenville, New York   12428 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90784647 | (845)647-8500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |