UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.**, as
Broadcast Licensee of the **February 2, 2008**
UFC #81 Program,

    Plaintiff,

-against-

STEVE BARRY, DAVID R. HOOVER and
MARY T. HOOVER, Individually, and J/b/a
VINNIE'S TAP, and VINNIE'S TAP,

    Defendants.

---

**PLAINTIFF'S DISCLOSURE
OF INTERESTED PARTIES**

Civil Action No.
FILED: AUGUST 6, 2008
08CV4434
JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS

PH

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND PROMOTIONS, INC.**

Dated: August 4, 2008
    Ellenville, New York

        **JOE HAND PROMOTIONS, INC.**

        By: /s/Julie Cohen Lonstein
            JULIE COHEN LONSTEIN, ESQ.
            Attorney for Plaintiff
            Bar Roll No. 90784647
            LONSTEIN LAW OFFICE, P.C.
            Office and P.O. Address
            1 Terrace Hill : P.O. Box 351
            Ellenville, NY 12428
            Telephone: (845) 647-8500
            Facsimile: (845) 647-6277
            Email: Info@signallaw.com
            *Our File No. 08-2IL-N05V*