UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.**, as
Broadcast Licensee of the **February 2, 2008**
UFC #81 Program,

              Plaintiff,

-against-

STEVE BARRY, DAVID R. HOOVER and
MARY T. HOOVER, Individually, and d/b/a
VINNIE'S TAP, and VINNIE'S TAP,

              Defendants.

-----------------------------------------------------------------

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

FILED: AUGUST 6, 2008
08CV4434
JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS

PH

COME NOW the Plaintiff, **JOE HAND PROMOTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated:  August 4, 2008
         Ellenville, New York

                              **JOE HAND PROMOTIONS, INC.**

                              By: /s/Julie Cohen Lonstein
                                    JULIE COHEN LONSTEIN, ESQ.
                                    Attorney for Plaintiff
                                    Bar Roll No. 90784647
                                    LONSTEIN LAW OFFICE, P.C.
                                    Office and P.O. Address
                                    1 Terrace Hill : P.O. Box 351
                                    Ellenville, NY 12428
                                    Telephone: (845) 647-8500
                                    Facsimile: (845) 647-6277
                                    Email: Info@signallaw.com
                                    *Our File No. 08-2IL-N05V*