# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Joe Hand Promotions, Inc., as Broadcast Licensee of the February 2, 2008 - UFC #81 Program, Plaintiff, -against- Steve Barry, et al, Defendants. | FILED: AUGUST 6, 2008<br>08CV4434<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
Plaintiff, JOE HAND PROMOTIONS, INC.

| NAME (Type or print) |
|---|
| Sheldon S. Gomberg, Esq. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Sheldon S. Gomberg |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| 134 North La Salle Street, Suite 1208 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1003984 | (312)236-7414 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |